

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00318-CV

---

CHIMERE CRUMP, APPELLANT

V.

WSBT LEWISVILLE LAND VIII LP,
BY ITS AGENT BRIDGE TOWER PROPERTIES, LLC, APPELLEE

---

On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2022-02821-JP, Honorable Robert Ramirez, Presiding

---

March 29, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Chimere Crump, proceeding pro se, appeals from the trial court's judgment.[1]  Crump's brief was originally due February 21, 2023, but was not filed.  By letter of March 1, 2023, we notified Crump that the appeal was subject to dismissal for

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

want of prosecution, without further notice, if a brief was not received by March 13.  To date, Crump has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam